KOTCHEN & LOW LLP
Daniel Low, Bar No. 218387
dlow@kotchen.com
1918 New Hampshire Avenue NW
Washington, DC 20009
Tel:    +1.202.471.1995

Attorney for Plaintiffs
SCOTT TAUB and SOFIA BRANDER

MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT TAUB and SOFIA BRANDER,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:25-cv-07785-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |

Pursuant to Local Rule 6-1(a), Plaintiffs Scott Taub and Sofia Brander ("Plaintiffs") and Defendant Tesla, Inc. ("Defendant" or "Tesla") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 12, 2025, Plaintiffs filed their Complaint in this Court (the "Complaint") (*see* Dkt. No. 1);

WHEREAS, on September 19, 2025, Plaintiffs served the Complaint on Tesla (*see* Dkt. No. 8);

WHEREAS, Tesla's deadline to answer, plead or otherwise respond to the Complaint is currently October 10, 2025;

1    WHEREAS, Tesla desires an extension of Tesla's responsive pleading deadline from

2  October 10, 2025, to November 7, 2025, the parties have conferred, and Plaintiffs have consented

3  to the extension;

4    WHEREAS, no prior extensions of Tesla's responsive pleading deadline have been sought

5  or granted;

6    WHEREAS, this extension does not alter the date of any event or deadline already fixed

7  by Court order;

8    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the

9  Parties, by and through their counsel of record, that Defendant's time to answer, plead or

10  otherwise respond to the Complaint shall be extended up to and including November 7, 2025.

11    **IT IS SO STIPULATED.**

12  Dated: October 2, 2025                 MORGAN, LEWIS & BOCKIUS LLP

13

14                                    By    /s/ Brian D. Berry
                                          Brian D. Berry
15                                         Roshni C. Kapoor
                                          Ashlee Cherry

16                                         Attorneys for Defendant
17                                         TESLA, INC.

18  Dated: October 2, 2025                 KOTCHEN & LOW LLP

19

20                                    By    /s/ Daniel Low
                                          Daniel Low
21
                                          Attorney for Plaintiffs
22                                         SCOTT TAUB and SOFIA BRANDER

23

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: October 2, 2025                    MORGAN, LEWIS & BOCKIUS LLP


By    /s/ Brian D. Berry
          Brian D. Berry
          Roshni C. Kapoor
          Ashlee Cherry

          Attorneys for Defendant
          TESLA, INC.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S RESPONSIVE PLEADING DEADLINE

1

## [PROPOSED] ORDER

Having considered the Parties' Stipulation to Extend Defendant's Responsive Pleading Deadline, and good cause appearing, it is hereby ORDERED that:

Defendant's time to answer, plead or otherwise respond to the Complaint shall be extended up to and including November 7, 2025.

**IT IS SO ORDERED.**


Dated:    October 6, 2025        _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE