| | |
|---|---|
| KOTCHEN & LOW LLP<br>Daniel Low, Bar No. 218387<br>dlow@kotchen.com<br>1918 New Hampshire Avenue NW<br>Washington, DC 20009<br>Tel:   +1.202.471.1995<br><br>Attorney for Plaintiffs<br>SCOTT TAUB and SOFIA BRANDER | MORGAN, LEWIS & BOCKIUS LLP<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Roshni C. Kapoor, Bar No. 310612<br>roshni.kapoor@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:   +1.415.442.1000<br>Fax:  +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:   +1.650.843.4000<br>Fax:  +1.650.843.4001<br><br>Attorneys for Defendant TESLA, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TAUB and SOFIA BRANDER,<br><br>             Plaintiffs,<br><br>        v.<br><br>TESLA, INC.,<br><br>             Defendant. | Case No. 3:25-cv-07785-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1

Plaintiffs Scott Taub and Sofia Brander ("Plaintiffs") and Defendant Tesla, Inc. ("Defendant" or "Tesla") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 29, 2025, the Court scheduled the Initial Case Management Conference for December 19, 2025, at 10:00 a.m. with a Joint Case Management Statement due by December 12, 2024 (Dkt. No. 14);

WHEREAS, on November 7, 2025, Defendant filed a Motion to Dismiss or Strike ("Motion") (Dkt. No. 17) and a Request for Judicial Notice ("RJN") (Dkt. No. 18);

WHEREAS, on December 8, 2025, the Parties filed a Stipulation and [Proposed] Order to Continue Initial Case Management Conference (the "Stipulation") (Dkt. No. 29);

WHEREAS, on December 10, 2025, the Court continued the hearing on Defendant's Motion to February 5, 2026 at 2:00 p.m., continued the Initial Case Management Conference to February 27, 2026, at 10:00 a.m., and instructed the Parties to file a Joint Case Management Statement by February 20, 2026, pursuant to the Parties' Stipulation (Dkt. No. 30);

WHEREAS, on February 5, 2026, the Court heard oral argument on Defendant's Motion;

WHEREAS, Defendant's Motion remains under submission with the Court;

WHEREAS, the Parties respectfully request that, in light of the pending Motion, the Court vacate the Initial Case Management Conference and reset it upon entry of the Court's forthcoming order on Defendant's Motion.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the undersigned Parties, through their respective counsel:

The Initial Case Management Conference scheduled for February 27, 2026 at 10:00 a.m. shall be vacated.  If the Court's forthcoming order on Defendant's Motion does not set a date for the Initial Case Management Conference, the Parties shall contact the clerk within 7 days of the order to request a date for the Initial Case Management Conference.

**IT IS SO STIPULATED.**

Dated: February 18, 2026                     MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Brian D. Berry*
    Brian D. Berry
    Roshni C. Kapoor
    Ashlee N. Cherry

Attorneys for Defendant
TESLA, INC.

Dated: February 18, 2026                     KOTCHEN & LOW LLP

By:  */s/ Daniel Low*
    Daniel Low

Attorney for Plaintiffs
SCOTT TAUB and SOFIA BRANDER

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: February 18, 2026                     MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Brian D. Berry*
    Brian D. Berry
    Roshni C. Kapoor
    Ashlee Cherry

Attorneys for Defendant
TESLA, INC.

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, the Initial Case Management Conference scheduled for February 27, 2026 at 10:00 a.m. is vacated. If the Court's forthcoming order on Defendant's Motion to Dismiss or Strike does not include a new date for the Initial Case Management Conference, the Parties shall contact the clerk within 7 days of the order to request a date for the Initial Case Management Conference.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE