MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
600 Montgomery Street, Suite 2300
San Francisco, CA 94111-2725
Tel: +1.415.442.1000
Fax: +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Jonathan D. Lotsoff (*pro hac vice*)
jonathan.lotsoff@morganlewis.com
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: +1.312.324.1000
Fax: +1.312.324.1001

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TAUB,<br>Plaintiff,<br>vs.<br>TESLA, INC.,<br>Defendant. | Case No. 3:25-cv-07785-VC<br><br>**[~~PROPOSED~~] ORDER DENYING PLAINTIFF'S RELIEF SOUGHT IN JOINT DISCOVERY DISPUTE LETTER SEEKING TO COMPEL DEFENDANT TESLA, INC. TO PRODUCE ADDITIONAL ESI RESPONSIVE TO PLAINTIFF'S REQUEST NOS. 3 AND 4**<br><br>Date: September 10, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br><br>Date of Filing: September 12, 2025<br>Trial Date: None |

The Court, having considered the parties' positions set forth in the Joint Discovery Dispute Letter concerning Plaintiff's Document Request Nos. 3 and 4 (Dkt. 65), hereby DENIES the relief requested by Plaintiff.

**IT IS SO ORDERED.**

DATED: September 10, 2026

Hon. Vince Chhabria
United States District Judge